UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SELVIN EMILIANO PEREZ PEREZ,**

**Petitioner,**

**v.** **Case No. 6:26-cv-2098-CEM-NWH**

**DEPARTMENT OF HOMELAND SECURITY (DHS); DEPARTMENT OF HOMELAND SECURITY/ICE; FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and UNKNOWN ICE OFFICIAL HAVING IMMEDIATE PHYSICAL CUSTODY OF PETITIONER,**

**Respondents.**

________________________________/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record